IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AK-BBN CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:13-cv-134-O |
| BLACK HORSE ENERGY LLC, | § § § | |
| Defendant. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge recommended that the Court dismiss Plaintiff's claims without prejudice, unless licensed counsel enters an appearance on its behalf within the fourteen-day time for filing objections. No licensed counsel appeared. Therefore, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES** this case **without prejudice**.

SO ORDERED on this **1st day** of **May, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE